CORE FUNDING GROUP, L.L.C., APPELLEE, *v.* MCDONALD ET AL.; GARY ET AL., APPELLANTS.

[Cite as *Core Funding Group, L.L.C. v. McDonald,*
113 Ohio St.3d 1254, 2007-Ohio-1953.]

(No. 2006–0927—Submitted April 3, 2007—Decided May 9, 2007.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

{¶ 2} The court orders that the opinion of the court of appeals may not be cited as authority except by the parties inter se.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

Porter, Wright, Morris & Arthur, L.L.P., Jeffrey W. Morris, and Tami Hart Kirby; and Brady, Coyle, & Schmidt, Ltd., Jack J. Brady, and Margaret G. Beck, for appellees.

Lane, Alton & Horst and Rick E. Marsh; and Spetnagel & McMahon and Paige J. McMahon, for appellants.